UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMIAN SUAREZ,<br><br>                              Plaintiff,<br><br>          -against-<br><br>OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,<br><br>                              Defendants. | 24-cv-9664 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 18, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 21, 2025
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge